HENRY E. SPRAGUE, Appellant, *v.* EDWIN BUTTERWORTH et al., Respondents.

(Argued February 1, 1881; decided February 8, 1881.)

REPORTED below  (22 Hun, 502).

*Robert P. Harlow* for appellant.

*J. Langdon Ward* for respondents.

Agree to dismiss appeal.   No opinion.
All concur, except RAPALLO, J., absent.
Appeal dismissed.

---

JAMES H. CHAMBERS, Appellant, *v.* WILLIAM H. APPLETON et al., Respondents.

(Argued February 1, 1881; decided February 8, 1881.)

THIS was an appeal from an order of General Term, affirming an order of reference herein.

The action was brought to recover damages for an alleged breach of contract on the part of the defendants by which they agreed to furnish their publications to fill the orders which had been obtained by plaintiff therefor.   Plaintiff claimed the difference between the agreed price for which the publications were to be furnished to him, with expense of delivery added, and the price he was to receive under the orders.   *Held,* that the action was one *ex contractu* involving the examination of a long account within the meaning of the rule applicable to such cases, and so was referable.

*William W. Badger* for appellant.

*Douglas Campbell* for respondents.

*Per curiam* opinion for dismissal of appeal.
All concur, except RAPALLO, J., absent.
Appeal dismissed.